■ The People of the State of New York, Respondent, v Julio Cardona, Appellant. [618 NYS2d 582] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Garson, J.), rendered January 11, 1994, convicting him of attempted criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Mangano, P. J., Lawrence, Copertino, Krausman and Goldstein, JJ., concur.

■ The People of the State of New York, Respondent, v Warren W. Carter, Appellant. [618 NYS2d 582] —Appeal by the defendant from a judgment of the County Court, Nassau County (Goodman, J.), rendered October 5, 1993, convicting him of burglary in the third degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (see, People v Contes, 60 NY2d 620), we find that the circumstantial evidence that was presented in this case is legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt is not against the weight of the evidence (CPL 470.15 [5]).

The defendant's remaining contentions, including those found in his supplemental pro se brief, are either unpreserved for appellate review (see, CPL 470.05 [2]) or without merit. Mangano, P. J., Thompson, Sullivan and Miller, JJ., concur.